UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDALL LEE WALKER,

    Petitioner,

v.        Case No. 20-cr-40057-JPG

UNITED STATES OF AMERICA,

    Defendant.

## MEMORANDUM AND ORDER

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted all other means of access to his files (i.e., through his trial and appellate counsel), (2) that he is financially unable to secure access to his court files (i.e., through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing), and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977); *Groce*, 838 F. Supp. at 413-14. These minimal requirements do not impose any substantial burden to financially unable prisoners who desire their records be sent to them at government expense. Defendant Walker does not show that he has exhausted all other means of access i.e. through trial counsel Justin Kuehn, and has not made a showing of indigency through a copy of his trust account. While he requests the documents for pending motions under § 2255, the Court requires that Walker exhaust all other means of access to his files.

Because Walker has not exhausted all other means of access to his files, the Court **DENIES** Walker's Motion for Copies (Doc. 18).

**IT IS SO ORDERED.**
**DATED: January 18, 2023**

                                                    **/s/ J. Phil Gilbert**
                                                    **J. PHIL GILBERT**
                                                    **UNITED STATES DISTRICT JUDGE**